**Leah Marie LUKOMSKE, Appellant,**

v.

**DIRECTOR OF REVENUE, STATE of Missouri, Respondent.**

**No. WD 40966.**

Missouri Court of Appeals,
Western District.

June 20, 1989.

C. Carl Kimbrell, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jatha B. Saldowski, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and TURNAGE and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from suspension of driving privileges.

Affirmed. Rule 84.16(b).

**Ronald F. WEINLOOD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41078.**

Missouri Court of Appeals,
Western District.

June 20, 1989.

Ronald F. Weinlood, Pacific, pro se.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 (now repealed) motion for post-conviction relief.

The judgment is affirmed. Rule 84.16(b).

**Max L. ALEXANDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41099.**

Missouri Court of Appeals,
Western District.

June 20, 1989.

Joseph H. Locascio, Sp. Public Defender, Mark R. Bollinger, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 (now repealed) motion for post-conviction relief.

Affirmed. Rule 84.16(b).